IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR14-00138-4-LRR |
| | ) | CR14-00138-5-LRR |
| vs. | ) | |
| | ) | DEFENDANT ISLAMIC SERVICES |
| | ) | OF AMERICA AND ISA, INC.'S |
| | ) | SUPPLEMENT TO SENTENCING |
| ISLAMIC SERVICES of AMERICA | ) | MEMORANDUM |
| ISA, INC. | ) | |
| | ) | |
| Defendants. | ) | |

_____

Defendant Islamic Services of America and ISA, Inc. (collectively "ISA"), by and through his attorney, Michael K. Lahammer, respectfully submits the following supplement to its' sentencing memorandum.

In addition to the previously designated Exhibit A, Defendant will be offering these exhibits:

(B)     ISA Halal Audit Report PM Beef. 08/14/2014.

(C)     EMail exchange J.Aossey & Quintin Gray (FAS, USDA) 08/21/2015

(D)     ISA Employee Quarter End Wage History 01/01/2011 - 12/31/2016.

Respectfully Submitted,

/s/ *Michael K. Lahammer*

Michael K. Lahammer, Li 014693
425 2nd Street SE, Suite 1010
Cedar Rapids, IA 52401
Phone: 319-364-1140

Attorney for the Defendant
Email: mlahamm@aol.com

I certify that on this 23rd day of February, 2016,
the foregoing was filed via CM/ECF
and a certified copy was sent to all parties
of record.
*/s/ Michael K. Lahammer*